UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
Silhouette Int'l            :           09 CIV 5812 (JFK)
       -v-                  :
National Optical            :
---------------------------------X

Please be advised that the conference scheduled for _September 30, 2009_ has been rescheduled to _October 1, 2009_ at _10:00 a.m._

in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York
       September 8, 2009

JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-8-09